# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF ORDER DENYING DISCHARGE

**DEBTOR(S) INFORMATION:**
Jens Larsen
**SSN:** xxx–xx–5526
**EIN:** N/A
aka Jason Reingold, aka Jens F. Larsen LLC, aka Larsen Investment Group, aka Frederick Investments LLC

11271 Ventura Blvd #468
Studio City, CA 91604

**BANKRUPTCY NO.** 2:16–bk–18600–RK
**CHAPTER** 7

Notice is hereby given that an order was entered **DENYING the DISCHARGE** of the above–named debtor(s).

Per Judgment entered on 9/23/19, in the adversary proceeding 2:16–ap–01446–RK.

Dated: September 23, 2019

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van57 5/96) VAN–57

**74 / MD2**